# CHARLESTON.

1873.
January
Term.

BOARD OF SUPERVISORS *vs.* LIVESAY.

THE BOARD OF SUPERVISORS OF GREENBRIER COUN-
TY, DEFENDANTS IN THE ACTION, PLAINTIFFS IN
ERROR, AGAINST WILLIAM R. LIVESAY, PLAIN-
TIFF IN THE ACTION, DEFENDANT IN ERROR.
SAME AGAINST JOHN ERWIN. SAME AGAINST JOHN
ARGABRITE.

Decided January 28th, 1873.

### SYLLABUS.

The Defendants, the Appellants in these cases, being no longer in ex-
istence, either as a Court or Corporation, their being having been
extinguished by the Constitution of this State, and this fact being
judicially known to this Court, the appeals taken in these cases
are directed to abate, in the absence of Legislation on the subject.

*Rucker* for Plaintiffs.
*Snyder* and *Mathews & Mathews* for Defendants.

HAYMOND, PRESIDENT:

These cases came before this Court on appeals from the
orders of the Circuit Court directing the Defendants to
admit the Plaintiffs to their seats as members of the
Board of Supervisors. These orders were made during
the month of January, 1871. It is judicially known to
this Court, that since these appeals were taken, the
Defendants, the Appellants in this Court, known hereto-
fore as the Supervisors of Greenbrier county, whether
regarded as a corporation or a Court, have gone wholly

out of existence; are utterly extinguished by the present Constitution of the State. There is no such party, therefore, in being, in whose favor or against whom this Court can render any judgment. This fact can leave the Court, it is believed, but one course to pursue, and this course is indicated in the case of Rider *vs.* The Nelson & Albemarle Union Factory, 7 Leigh 154. This Company was a corporation whose charter expired during the pendency of the appeal. The Court directed the appeal to abate, and their decision to be certified to the Court below. In the absence of legislation on this subject the appeals in these cases before this Court are abated, and will be so certified to the Circuit Court of Greenbrier county.

MOORE and PAULL, Judges, concur with HAYMOND, President, in the reasons assigned and points decided.